## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JEREMY FENTON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 1:15-cv-03279-RWS |
| EXEL INC., | : |
| Defendant. | : |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff and Defendant, as evidenced by the signature of their respective counsel below, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above captioned Complaint be **DISMISSED WITH PREJUDICE**.

_____

JUDGE/CLERK OF COURT

**APPROVED FOR ENTRY:**

        */s/Edward N. Boehm, Jr.*
        Edward N. Boehm, Jr.
        FISHER & PHILLIPS LLP
        1075 Peachtree Street NE
        Suite 3500
        Atlanta, GA 30309
        (404) 231-1400 phone
        (404) 240-4249 fax

        *Attorney for Defendant*


        */s/Tremain Mattress*
        Tremain Mattress
        Molden Law, LLC
        Peachtree Center – Harris Tower 1245
        233 Peachtree St., N.E.
        Atlanta, GA  30303
        (404) 324-4500 phone
        (404-324-4501 fax

        *Attorney for Plaintiff*